UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Winston Matthew Gayle,

                    Petitioner,

          -against-

Markwayne Mullin et al.,

                    Respondents.

26-CV-4955 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

By 5 p.m. tomorrow, June 12, 2026, respondents are directed to submit a letter stating whether they object to the relief sought in the petition in light of *Velasco Lopez v. Decker*, 978 F.3d 842 (2d Cir. 2020).

          SO ORDERED.

Dated: June 11, 2026
          New York, New York

                              ARUN SUBRAMANIAN
                              United States District Judge