**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X

W.G.,

Petitioner,

26 **CIVIL** 4955 (AS)

-against-

**JUDGMENT**

MARKWAYNE MULLIN et al.,

Respondents.

----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 31, 2026, the petition for habeas corpus relief is DENIED. Accordingly, judgment is hereby entered in favor of Respondents and the case is closed.

**DATED:** New York, New York
September 2, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**